UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff, Case no. 8:24-cv-1459-JLB-AAS

vs.

LEGION MEDIA, LLC, KP COMMERCE, LLC, PINNACLE PAYMENTS, LLC, SLOAN HEALTH PRODUCTS, LLC, HARSHIL TOPIWALA, KIRTAN PATEL, and MANINDRA GARG,

Defendants.
_______________________________________/

**NOTICE OF EXPANSION OF RECEIVERSHIP**

MARK J. BERNET, as receiver for Legion Media, LLC, KP Commerce, LLC, Pinnacle Payments, LLC and Sloan Health Products, LLC, hereby advises that under the definition of the term "Receivership Entities" set forth on page 8 of the Court's June 18, 2024 *Ex Parte Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction should not Issue* (doc. no. 17) ("TRO") and Section XY.U of the TRO (page 25) he has expanded the receivership to include the following entities:

- Larchwood, LLC
- Black Window Group, LLC
- Face and Body, LLC
- F & B Cosmetics, LLC

- Cicack Holdings, Inc.

Notice of the expansion was provided to all relevant parties and non-parties as contemplated by the TRO. *See* Composite Exhibit "A."

*/s/ Mark J. Bernet*
Mark J. Bernet, Receiver
Florida Bar No. 606359
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
T: (813) 223-7333
F: (813) 223-2837
E-mail: mark.bernet@akerman.com
Secondary: caren.deruiter@akerman.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by CM/ECF and via e-mail to Darren Lubetzky, Esquire, e-mail dlubetzky@ftc.gov, Vikram Jagadish, Esquire, e-mail vjagadish@ftc.gov, and via e-mail to Stephen R. Freeland, Esquire, sfreeland@grsm.com; Jim Felman, Esquire**, e-mail** JFelman@kmf-law.com**;** Eric Forni, Esquire**,** e-mail Eric.forni@us.dlapiper.com**;** David Stier, Esquire**, e-mail** David.Stier@us.dlapiper.com **and** Eric S. Rosen, Esquire**,** e-mail erosen@dynamisllp.com, this 28th day of June, 2024.

*/s/ Mark J. Bernet*
Mark J. Bernet, Receiver