UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

   Plaintiff,

     v.

LEGION MEDIA, LLC, a limited liability
company;

KP COMMERCE, LLC, also doing
business as BOTANICAL FARMS, BUY
BLISS BRANDS, BUY SUPREME CBD,
BUY TRIPLEX BOOST, OPTIMAL MAX,
TRULY BOOST KETO, TRULY KETO,
TRULY MAX BRANDS, TRULY TOTAL
HEALTH, TRULY TOTAL KETO, and
TRULY MAX BRANDS, a limited liability
company;

PINNACLE PAYMENTS, LLC, also doing
business as CHALLENGE BODY MIND
and FITNESS PRO, a limited liability
company;

SLOAN HEALTH PRODUCTS, LLC, a
limited liability company;

HARSHIL TOPIWALA, individually and
as an owner and officer of LEGION
MEDIA, LLC, KP COMMERCE, LLC and
PINNACLE PAYMENTS, LLC;

KIRTAN PATEL, also known as KITS
PATEL, individually and as an owner and
officer of KP COMMERCE, LLC and
PINNACLE PAYMENTS, LLC;

**Case No.** 8:24-cv-01459-JLB-AAS

**PLAINTIFF'S NOTICE
REGARDING STATUS IN
ADVANCE OF SHOW CAUSE
HEARING ON WHETHER A
PRELIMINARY INJUNCTION
SHOULD ISSUE**

1

MANINDRA GARG, individually and as a principal and owner of SLOAN HEALTH PRODUCTS, LLC,

Defendants.

On June 18, 2024, the Court granted Plaintiff's motion for an *ex parte* Temporary Restraining Order ("TRO") and entered the TRO.  (ECF No. 17). The TRO and Complaint have been served on all Defendants.  At the request of all represented parties, on July 1, 2024, the Court extended the TRO until July 16, 2024, and the Court extended the TRO for a second time on July 15, 2024, until August 5, 2024.  (ECF Nos. 31, 63).  Plaintiff is not requesting an evidentiary hearing on August 5, 2024, and the Defendants are reserving their rights subject to the following:  Plaintiff and Defendants Harshil Topiwala, Manindra Garg, Kirtan Patel, and KP Commerce, LLC, through counsel,[1] have been in productive discussions concerning a final settlement in this matter and anticipate that a preliminary injunction hearing may not be necessary.  Should the parties reach consensus on this issue, Plaintiff intends to file a joint motion seeking a third extension of the TRO shortly.

---

[1] Defendants Legion Media, LLC, Pinnacle Payments, LLC, and Sloan Health Products, LLC are, at the time of this filing, not represented by counsel, and as such, Plaintiff has been unable to engage in any discussions with counsel for those entities, which are all under the control of the Temporary Receiver appointed by the Court.

Respectfully submitted,


Dated:  July 31, 2024          /s/ Vikram Jagadish
                               Darren Lubetzky
                               Vikram Jagadish
                               Karen Dahlberg O'Connell
                               FEDERAL TRADE COMMISSION
                               Northeast Region
                               One Bowling Green, Suite 318
                               New York, NY 10004
                               Tel:  (212) 607-2808, -2834, -2821
                               Email: dlubetzky@ftc.gov
                               Email: vjagadish@ftc.gov
                               Email: koconnell@ftc.gov

                               Attorneys for Plaintiff
                               FEDERAL TRADE COMMISSION

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, a copy of the foregoing document was served on the following parties and counsel of record:

Eric Forni
David Stier
Austin Brown
DLA Piper
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone (617) 406-6040
Fax (617) 406-6140
eric.forni@us.dlapiper.com
David.Stier@us.dlapiper.com
Austin.Brown@us.dlapiper.com
*Counsel for Defendant Harshil Topiwala*

James E. Felman
Kynes Markman & Felman
100 S. Ashley Drive, Suite 1450
Tampa, FL 33602
Phone (813)-229-1118
Fax (813) 221-6750
jfelman@kmf-law.com
*Counsel for Defendant Manindra Garg*

Eric Rosen
Constantine Economides
Dynamis, LLP
25 Broadway, 10th Floor
New York, NY 10005
Phone (646) 541-8484
erosen@dynamisllp.com
ceconomides@dynamisllp.com
*Counsel for Defendants Kirtan Patel and KP Commerce, LLC*

Mark J. Bernet
Akerman LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602
Phone (813) 209-5026
Fax (813) 223-2837
mark.bernet@akerman.com
*Receiver*

4

Dated:  July 31, 2024

<u>/s/ Vikram Jagadish</u>
Darren Lubetzky
Vikram Jagadish
Karen Dahlberg O'Connell
FEDERAL TRADE COMMISSION
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel:  (212) 607-2808, -2834, -2821
Email: dlubetzky@ftc.gov
Email: vjagadish@ftc.gov
Email: koconnell@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION