# Exhibit "A"

By order of the United States District Court, Middle District of Florida, Tampa Division
Case No. 8:24-cv-1459-JLB-AAS

# Friday, December 6, 2024
# Starting at 10:00AM EST.

A collection of fine watches and three luxury automobiles will be sold by way of public auction, both live and online.

The items will be presented for inspection at:
211 North Tampa Street, Tampa, Florida 33602
Hilton Downtown Tampa




2022 Rolls-Royce Ghost


2020 Lamborghini Urus


2024 Rolls Royce Spectre

The watch collection includes:

4 Rolexes
1 Patek Philippe
1 Frank Muller
1 Ernst Benz
1 Breitling
5 Richard Milles.



5% Buyer's Premium

**Harris**Auctions**LLC**
Fla. Lic. AB2873 / AU3858

813-784-3926

For details and bidding information, go to: WWW.HARRISAUCTIONSLLC.COM

# Terms of the Auction

### Registration

All participants must be registered with Harris Auctions for live in-person bidding, with liveauctioneers or ProxiBid platforms for online bidding.

To attend the live auction and preview, tickets are $100.00; this charge will be credited to all purchases. Seating is limited, call 813-784-3926 to reserve.

All items are sold as is, where is, with all faults.

### Buyer's Premium

The Buyer's Premium for in-person bidding will be 5% on all items. For online bidding the Buyer's Premium will be 5% plus 5% for all watches and jewelry, 5% plus 3% for the vehicles.

### Payment

Payment methods include cash, checks, credit cards, or wire transfer.

Successful Bidders online may pay by way of check (mailed or courier), wire transfer or cash. Credit cards for online bidding will not be available. To schedule payment, call 813-784-3926.

There will be a convenience fee of 3% for credit card payments, and only be accepted for live, in-person bidding payment.

Sales tax will be collected where applicable. Bidders must provide resale certificates, at the time of registration

### Item's release/pickup

All items will be held by the Receiver, until funds are cleared and or verified. Picking up paid for items will be by appointment. Call 813-784-3926 to schedule.

Winning Bidders will be responsible for all shipping coordination and charges.

The winning Bidder will be required to register, transfer title and pay all required sales tax, before the vehicles are released. Vehicles will be stored in a climate controlled, secure storage, while awaiting proper transfer. Licensed automotive dealers must provide a copy of their license at the time of registration.

## Purpose of this auction

To recover capital from surrendered items, to settle a judgement awarded from a U.S. federal court ruling, case number 8:24-cv-1459-JLB-AAS.

Under this federal court order, Mark J. Bernet, Receiver, is directed to liquidate the assets identified in this flyer for the benefit of consumers who were victims of a consumer scam.  Consumers would purchase vitamins or other nutraceuticals from an online source and pay the agreed price, but then the following month their credit card would be charged again, even though they did not place any subsequent orders.

As a part of the recovery, Harris Auctions LLC has been hired to liquidate this collection of watches and three vehicles.  All items will be presented to the public and all watches and jewelry have been authenticated.

# Franck Muller Style White Brown

**Cintree Curvex Watch No: 8880 SC DT**







43.30 mm x 60.50 mm 18K rose gold case, white dial with Visant Arabic numerals, automatic movement with hours, minutes, central seconds, and date at 6 o'clock, approximately 42 hours of power reserve, brown leather strap with rose gold tang buckle. Water resistant to 3 atm. Case#1232, Reference#8880 SC DT.

Watch has open papers dated 8/11 and has partial box (outer box only) missing inner box.







# Breitling Stainless Steel-Chronograph

**Chronomat Evolution Watch**

Lot #102







Breitling Chronomat Evolution A13356-Case:2050335, 44mm stainless steel case and unidirectional rotating bezel with 40 custom set diamonds and 32 custom set in lugs.  White dial with Luminous hands and Arabic numeral hour markers.  Three Chronograph subdials displaying small seconds, 30 minutes and 12 hours.  Minute markers around the outer dial, date display at 3 o'clock position.  Stainless steel bracelet fold over clasp with safety.  Sapphire Crystal, Calibre 13 automatic selfwinding movement.
This watch is complete with all original box and papers.





# Rolex Steel and Gold Submariner - Blue
## Dial Blue Bezel Watch Style-16613LB





Rolex 2-Tone Blue Submariner 40 mm 18kt Yellow Gold / Oystersteel, screw-down crown, unidirectional rotatable 18K yellow gold bezel with blue insert, scratch-resistant sapphire crystal with cyclops lens over the date, blue dial, Rolex calibre 3135 automatic movement.  Waterproof to 300 meters.  2-Tone 18kt/SS Oyster Bracelet, with gold through center of buckle band ref:93253, Model:16613LB, Serial: Z17386.

Watch has original papers, tags and books, box is aftermarket.





# Rolex Everose Gold Cosmograph Daytona 40 Watch









Chocolate Arabic Dial, Leather Strap Style No: 116515LN Choof 40mm 18K Everose gold case, screw-down Everose back, screw-down crown and push buttons with Triplock triple waterproofness, black monobloc Cerachrom bezel with engraved tachymetric scale, scratch-resistant double anti-reflective sapphire crystal, chocolate dial, Arabic numerals, Rolex calibre 4130 perpetual self-winding movement with chronograph central second hand, 30-minute counter at 3 o'clock, and 12-hour counter at 9 o'clock, approximately 72 hours of power reserve, Leather strap with rose gold Oysterlock folding safety buckle with Easylink 5mm rapid extension system. Waterproof to 100 meters. Model :116515LN, Serial:238D32K2.

Watch is a complete set Box, Card, Tags, and Books.





Lot #105

# Richard Mille RM67-02 Black Carbon NTPT Ultrathin

**Sebastien Ogier (Blue/Red Accents)**



38.07MM x 47.52MM ultrathin black NTPT case featuring skeletonized movement with blue and red accents on movement bridges. This piece contains an ultralight titanium unibody as well as time only complication. RM 67-02 boasts the lightest weight design and patented material from Richard Mille, it is of the lightest watches in the entirety of the watch industry. RM 67-02 Serial 1143 lacks original papers however does boast original manual and box. This Richard Mille timepiece is in overall presentable and good condition. Notable items include a cracked sapphire crystal at 3 o'clock as well as a small mark at 5 o'clock on the NTPT case (appears to be damaged by a diamond). Carbon NTPT is an incredibly resilient and durable material. However, it can be damaged by diamonds in which it is unrepairable and will need to be replaced. The piece is in overall tip top working condition and appears the time was never set properly.

Lot #105

# Richard Mille RM67-02 Black Carbon NTPT Ultrathin

**Sebastien Ogier (Blue/Red Accents)**











# Richard Mille RM011 RG/TI AO Felipe Massa Orange Strap

Lot #106



50MM x 42.7MM Rose Gold Face Plate/Titanium Sides, Flyback Chronograph Complication, 68 Jewels, Openworked Dial, Orange Rubber Strap.  Richard Mille Serial 4573 is encrusted in factory gem set black diamonds.  The piece is complete with Original (Damaged) Box, original papers and original diamond certificate.  This Richard Mille timepiece has sustained damage to the sapphire crystal glass which will need to be replaced as it is beyond repair.  The chronograph module has sustained shock or lack of lubrication which has caused it to slow down and operate at less than peak capacity.  The rubber crown guard (in orange pictured) is not original Richard Mille and is made by a 3rd party company.

The inner box in which the watch is housed has sustained damage beyond repair and will need to be replaced.  The RM authenticator estimates the repair at $18,000.00.

# Richard Mille RM011 RG/TI AO Felipe Massa Orange Strap






# Richard Mille RM 21-02 Black/White Carbon NTPT Aerodyne



42.68MM x 50.12MM Case featuring two tone black carbon NTPT center case, with white carbon NTPT borders.  The RM 21-02 is a mechanical tourbillon featuring a 70-hour power reserve.  This piece boasts a desirable 25/50 serial number.  Functionality includes ~ A variable inertia balance for accuracy, skeletonized display, torque-limiting safety system on the winding crown, function selector at 4 o'clock, power-reserve indicator at 11 o'clock as well as torque indicator at 1 o'clock.  RM 21-02 Serial 25/50 is complete with original box, original 2024 papers, as well as desirable two tone black/white rubber strap.  This Richard Mille timepiece is in beautiful condition overall and has been worn correctly, gently and seldomly.  However cosmetically the piece does contain minor signs of wear on the side of the case (Black Markings on White NTPT Sides at 4 and 7 o'clock), which can be repaired.  The RM authenticator estimates the repair at $2,000.00.

# Richard Mille RM 21-02 Black/White Carbon NTPT Aerodyne







# 2024 Rolls Royce Spectre
## Fully Electric Sports luxury Coupe



**VIN # SCATK2C04RU223735**
**Chartreuse**
**White Interior with accents**
**583 Miles**





# 2024 Rolls Royce Spectre

## Fully Electric Sports luxury Coupe



**For videos of this car go to: www.harrisauctionsllc.com**











# Richard Mille RM055 Bubba Watson TI



42.7MM x 49.9MM Case featuring a white ceramic face plate, titanium unibody and white rubber coated sides and caseback. This piece contains a coveted skeletonized movement with time only complication. RM055 Bubba Watson serial 1049 boasts original box, however, is lacking original paperwork certificate. This Richard Mille timepiece is in poor condition overall and will require major service and cosmetic overhaul to be presented. The white ceramic faceplate contains damage, dings, dents and marks at 10 o'clock, 11 o'clock, 1 o'clock, 4 o'clock, as well as 7 o'clock. The sapphire crystal contains significant scratches in which it will need to be replaced. The original rubber strap showing major signs of wear and will need to be replaced as well as a white rubber crown guard. Overall functionality of the piece is tip top, and the piece is running and keeping time efficiently. The RM authenticator estimates the repair at $16,000.00.

# Richard Mille RM055 Bubba Watson TI









# Richard Mille RM07-01 Black/Gold NTPT, Black Onyx

**Factory Gem Set Lips**



45.66M x 31.4MM black/gold carbon NTPT case featuring titanium unibody.  This Richard Mille timepiece features a set of onyx lips in which factory gem set black diamonds have been encrusted.  RM07 boasts a time only complication and its carbon NTPT case is incredibly lightweight and durable.  It features original box, 2021 original paperwork as well as 2021 original gem set certificate from Richard Mille.  This Richard Mille timepiece is in overall beautiful mint condition showing no signs of wear throughout the case, sapphire crystal or strap.  The piece is presentable and ready for user enjoyment.

# Richard Mille RM07-01 Black/Gold NTPT, Black Onyx
**Factory Gem Set Lips**











# Patek Philippe Nautilus Travel Time Chronograph Watch

**Style No: 5990/1A-001**






40.5 mm stainless steel case, sapphire-crystal back, grey gradated dial with luminescent coated gold applied numerals, caliber CH 28-520 C FUS self-winding movement Nautilus Travel Time Chronograph (chronograph with 60-minute counter, dual time zone mechanism indicating local and home time, local and home day/night indication in apertures, local date by hand, sweep seconds chronograph hand), approximately 45-55 hours of power reserve, stainless steel bracelet, Nautilus fold-over buckle.  Water resistant to 120 m.  Movement #5998381/6119739, Band Ref A384FBC watch is complete set white tag, pusher, travel box, original box, 2016 dated papers.




# Rolex Yellow Gold Yacht-Master II 44 Watch

## White Dial Style No: 116688









44mm 18K yellow gold case, 90-degree rotatable blue ceramic Ring Command bezel, white dial, blue hands, automatic movement with programmable countdown function, and Oysterlock 18kt bracelet. Band is 2 links short. Model:116688, Serial:0596A864. Box is aftermarket, no papers, books, or tags.

# Rolex Yellow Gold Datejust Pearlmaster 34 Watch

**12 Diamond Bezel - Goldust Dream Mother-Of-Pearl Diamond Dial**
**Style No: 81318 gdd**







34mm 18K yellow gold case, polished bezel set with 12 diamonds, Goldust Dream mother of pearl dial with raised gold roman numeral hourmarkers, date calendar at 3 o'clock position , the Gold dust Dream dials are created by a Rolex-patented process that combines mother of pearl and gold. dust. Watch has 18kt Pearlmaster bracelet. Model:81318, Serial:3814T647, watch has full links, no box, books, or tags.

# Ernst Benz Chronosport White Dial Chronosport Limited









47mm stainless steel case, 48 diamond bezel, Exhibition Back with Sapphire Glass. Automatic ETA2836-2 Incabloc, Glucydur Balance Nivarox Alloy Hairspring. Hour, Minutes, Sweep Seconds, Day and Date. Crystal is Sapphire with Anti Reflective Treatment. White Dial with white Sanskrit Numerals, handmade Alligator Strap. Model Ref:GC10200.RS.DLC.D Watch Number:31523, papers dated August 2015.

# Gents Diamond Necklace
**Jamaican Flag/Emerald Cut Pendant**



Gents Diamond necklace measures 22in overall in length and contains (136) Round Brilliant Cut Diamonds, each stone measures 3.5mm with a total Diamond weight of Approx 24.50ct (weight calculated as mounting permits), I-K Color, Si2-I1 Clarity. Mounting is stamped 14kt white gold and Weighs 62.8 grams. Attached is a custom 2- sided dog tag pendant (Side 1) Features a Colored diamond Jamaican Flag Design, Black Diamond=3.10ct, Treated Yellow Diamond= 1.71ct, Treated Green Diamond=.84ct , Surrounded by natural white diamonds=1.93ct G-I Color, Vs-Si Clarity. (Side 2) Features 188-Emerald Cut Diamonds in a shared prong mounting =24.20ct and 12 Round Brilliant Cuts =.10ct G-I Color, Vs-Si Clarity. Pendant is stamped 18kt White Gold, and weighs 66.2 grams.

# 2022 Rolls-Royce Ghost









6.6L 12 CYL TURBO
VIN# SCATV0C05NU212507
White
8,797 Miles

# 2020 Lamborghini Urus









**4 DOOR SUV 4.0L V8 TWIN TURBO**
**VIN# ZPBUA1ZL8LLA09090**
**Black/Red Interior**
**18,158 Miles**

*presented by:*

**Harris Auctions LLC**

Florida License AB2873/AU3858

## www.harrisauctionsllc.com

# 813-784-3926

# harrisauctions@hotmail.com