# Exhibit "B"

# JOHNSTON JEWELERS

To Whom it May Concern:                                 Date: 11/10/2024

This is to certify that we are engaged in the jewelry business. Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

NAME: MARK J BERNET, RECEIVER

ADDRESS:

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**

## Franck Muller Style No: 8880 SC DT  White Brown
### Franck Muller Cintrée Curvex Watch

43.30 mm x 60.50 mm 18K rose gold case, white dial with Visant Arabic numerals, automatic movement with hours, minutes, central seconds, and date at 6 o'clock, approximately 42 hours of power reserve, brown leather strap with rose gold tang buckle. Water resistant to 3 atm. Case#1232, Reference#8880 SC DT. Watch has open papers dated 8/11, and has partial box (outer box only) missing inner box.

**LIQUIDATION VALUE:**
**$2,000.00**



The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822   Fax  727-392-3989

# JOHNSTON
## JEWELERS

To Whom it May Concern:                                Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

**NAME:** Mark J Bernet, Receiver

**ADDRESS:**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

### Breitling Stainless Steel-Chronograph
### Breitling Chronomat Evolution Watch

Breitling Chronomat Evolution A13356-Case:2050335, 44mm stainless steel case and unidirectional rotating bezel with 40 custom set diamonds and 32 custom set in lugs. White dial with Luminous hands and Arabic numeral hour markers. Three Chronograph subdials displaying small seconds, 30 minutes and 12 hours. Minute markers around the outer dial, date display at 3 o'clock position. Stainless steel bracelet fold over clasp with safety. Sapphire Crystal, Calibre 13 automatic self-winding movement. Watch is complete with all original box and papers.

**LIQUIDATION VALUE:** $950.00




The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822  Fax  727-392-3989

# JOHNSTON JEWELERS

**To Whom it May Concern:**                                      Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

**NAME:** MARK J BERNET, RECEIVER

**ADDRESS:**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

### Rolex Style-16613LB
### Rolex Steel and Gold Submariner- Blue dial blue bezel watch

Rolex 2-Tone Blue Submariner 40 mm 18kt Yellow Gold / Oystersteel, screw-down crown, unidirectional rotatable 18K yellow gold bezel with blue insert, scratch-resistant sapphire crystal with cyclops lens over the date, blue dial, Rolex calibre 3135 automatic movement. Waterproof to 300 meters. 2-Tone 18kt/SS Oyster Bracelet, with gold through center of buckle band ref:93253, Model:16613LB, Serial: Z17386, watch has original papers, tags and books, BOX is aftermarket.

**LIQUIDATION VALUE:** $6,200.00




The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822  Fax 727-392-3989

# JOHNSTON
## JEWELERS

To Whom it May Concern:                                Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of

**NAME:** MARK J BERNET, RECEIVER

**ADDRESS:**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

<u>Rolex Style No: 116515LN choof</u>

**Rolex Everose Gold Cosmograph Daytona 40 Watch - Chocolate Arabic Dial – Leather Strap**

40mm 18K Everose gold case, screw-down Everose back, screw-down crown and push buttons with Triplock triple waterproofness, black monobloc Cerachrom bezel with engraved tachymetric scale, scratch-resistant double anti-reflective sapphire crystal, chocolate dial, Arabic numerals, Rolex calibre 4130 perpetual self-winding movement with chronograph central second hand, 30-minute counter at 3 o'clock, and 12-hour counter at 9 o'clock, approximately 72 hours of power reserve, Leather strap with rose gold Oysterlock folding safety buckle with Easylink 5mm rapid extension system. Waterproof to 100 meters. Model :116515LN, Serial:238D32K2, watch is a complete set Box, Card, Tags, And Books.



**LIQUIDATION VALUE: $18,000.00**

The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822   Fax 727-392-3989



169 E Flagler ST, STE 1000
Miami, FL 33131
Tel: +1(631)-871-5527
Email- tpiecetrading@gmail.com

## CERTIFICATE OF APPRAISAL

**Date:** 11th November 2024

The watches listed herein have been submitted for their actual replacement value by our company. The object of this insurance appraisal is to establish an accurate and sufficient support in the event a proof of loss or damage becomes necessary. All terms in this appraisal are in accordance with internationally accepted standards and are agreed upon by a qualified haute horology expert.

This article is the property of: Mark j Bernet

We estimate the retail replacement value as follows: **$215,000**
**Reference Number: RM67-02 Black Carbon NTPT Ultrathin (Blue/Red Accents)**

**Description: 38.07MM x 47.52MM ultrathin black ntpt case featuring skeletonized movement with blue and red accents on movement bridges. This piece contains a ultralight titanium unibody as well as time only complication. RM 67-02 boasts the lightest weight design and patented material from Richard Mille, it is of the lightest watches in the entirety of the watch industry. RM 67-02 Serial 1143 is lacking original papers however does boast original manual and box.**

**Condition: This Richard Mille timepiece is in overall presentable and good condition. Notable items include a cracked sapphire crystal at 3 o'clock as well as a small mark at 5 o'clock on the NTPT case (appears to be damaged by a diamond). Carbon NTPT is an incredibly resilient and durable material however it can be damaged by diamonds in which it is unrepairable and will need to be replaced. The piece is in overall tip top working condition and appears to never had time properly set.**

Reference- RM67-02
Collection: **RM67**
Movement: **Automatic**
Jewels: **25**
Caliber: **CRMA7**
Serial: **1143**

**Liquidation Value: $215,000**

***Sean Mclaren***



169 E Flagler ST, STE 1000
Miami, FL 33131
Tel: +1(631)-871-5527
Email- tpiecetrading@gmail.com

## CERTIFICATE OF APPRAISAL

**Date:** 11th November 2024

The watches listed herein have been submitted for their actual replacement value by our company. The object of this insurance appraisal is to establish an accurate and sufficient support in the event a proof of loss or damage becomes necessary. All terms in this appraisal are in accordance with internationally accepted standards and are agreed upon by a qualified haute horology expert.

This article is the property of: Mark j Bernet

We estimate the retail replacement value as follows: **$167,500**
**Reference Number: Richard Mille RM 11 RG/TI AO**

**Description: 50MM x 42.7MM Rose Gold Face Plate/Titanium Sides, Flyback Chronograph Complication, 68 Jewels, Openworked Dial, Orange Rubber Strap. Richard Mille Serial 4573 is encrusted in factory gem set black diamonds. The piece is complete with Original (Damaged) Box, original papers and original diamond certificate.**

**Condition: This Richard Mille timepiece has sustained damage to the sapphire crystal glass in which will need to be replaced as it is beyond repair. The chronograph module has sustained shock or lack of lubrication which has caused it to slow down and operate at less then peak capacity. The rubber crown guard (in orange pictured) is not original Richard Mille and is made by a 3rd party company. The inner box in which the watch is housed has sustained damage beyond repair and will need to be replaced. Total Estimated Repair cost $18,000.**

Reference- RM011 RG/TI AO
Collection: RM11
Movement: Automatic
Caliber: RMAC1
Serial: 4573

Liquidation Value: $167,500

*Sean Mclaren*



169 E Flagler ST, STE 1000

Miami, FL 33131

Tel: +1(631)-871-5527

Email- tpiecetrading@gmail.com

# CERTIFICATE OF APPRAISAL

**Date:** 11th November 2024

The watches listed herein have been submitted for their actual replacement value by our company. The object of this insurance appraisal is to establish an accurate and sufficient support in the event a proof of loss or damage becomes necessary. All terms in this appraisal are in accordance with internationally accepted standards and are agreed upon by a qualified haute horology expert.

This article is the property of: Mark j Bernet

We estimate the retail replacement value as follows: **$670,000**
**Reference Number: Richard Mille RM 21-02 Black/White Carbon NTPT Aerodyne**

**Description: 42.68MM x 50.12MM Case featuring two tone black carbon NTPT center case, with white carbon NTPT borders. The RM 21-02 is a mechanical tourbillon featuring a 70 hour power reserve. This piece boasts a desirable 25/50 serial number. Functionality includes ~ A variable inertia balance for accuracy, skeletonized display, torque-limiting safety system on the winding crown,function selector at 4 o'clock,  power-reserve indicator at 11 o'clock as well as torque indicator at 1 o'clock. RM 21-02 Serial 25/50 is complete with original box, original 2024 papers, as well as desirable two tone black/white rubber strap.**

**Condition: This Richard Mille timepiece is in beautiful condition overall and has been worn correctly, gently and seldomly. However cosmetically the piece does contain minor signs of wear on the side of the case (Black Markings on White NTPT Sides at 4 and 7 o'clock), which can be repaired, estimated cosmetic repair $2000.**

Reference-  RM21-01 Black/White NTPT

Collection: **RM21-01**
Movement: **Mechanical**
Caliber: **RM21-02**
Serial: **25/50**

Liquidation Value: $670,000

***Sean Mclaren***



169 E Flagler ST, STE 1000

Miami, FL 33131

Tel: +1(631)-871-5527

Email- tpiecetrading@gmail.com

## CERTIFICATE OF APPRAISAL

**Date:** 11th November 2024

The watches listed herein have been submitted for their actual replacement value by our company. The object of this insurance appraisal is to establish an accurate and sufficient support in the event a proof of loss or damage becomes necessary. All terms in this appraisal are in accordance with internationally accepted standards and are agreed upon by a qualified haute horology expert.

This article is the property of: Mark j Bernet

We estimate the retail replacement value as follows: **$200,000**
**Reference Number: RM055 Bubba Watson TI**

**Description: 42.7MM x 49.9MM Case featuring a white ceramic face plate , titanium unibody and white rubber coated sides and caseback. This piece contains a coveted skeletonized movement with time only complication. RM055 bubba watson serial 1049 boats original box, however is lacking original paperwork certificate.**

**Condition: This Richard Mille timepiece is in poor condition overall and will require major service and cosmetic overhaul to be presented. The white ceramic faceplate contains damage, dings, dents and marks at 10 o'clock, 11 o'clock, 1 o'clock, 4 o'clock , as well as 7 o'clock. The sapphire crystal contains significant scratches in which it will need to be replaced. Original rubber strap showing major signs of wear and will need to be replaced as well as white rubber crown guard. Overall functionality of the piece is tip top and the piece is running and keeping time efficiently. Estimated total repair cost $16,000.**

Reference-  RM055 Bubba Watson TI

**Collection: RM55**
**Movement: Mechanical**
**Caliber: RMUL2**
**Serial: 1049**

**Liquidation Value: $200,000**

*Sean Mclaren*



169 E Flagler ST, STE 1000
Miami, FL 33131
Tel: +1(631)-871-5527
Email- tpiecetrading@gmail.com

# CERTIFICATE OF APPRAISAL

**Date:** 11th November 2024

The watches listed herein have been submitted for their actual replacement value by our company. The object of this insurance appraisal is to establish an accurate and sufficient support in the event a proof of loss or damage becomes necessary. All terms in this appraisal are in accordance with internationally accepted standards and are agreed upon by a qualified haute horology expert.

This article is the property of: Mark j Bernet

We estimate the retail replacement value as follows: **$150,000**
**Reference Number: Richard Mille RM07-01 Black/Gold NTPT , Black Onyx Factory Gem Set Lips**

**Description: 45.66M x 31.4MM black/gold carbon ntpt case featuring titanium unibody. This Richard Mille timepiece features a set of onyx lips in which factory gem set black diamonds have been encrusted. RM07 boasts a time only complication and its carbon NTPT case is incredibly lightweight and durable. It features original box, 2021 original paperwork as well as 2021 original gem set certificate from Richard Mille.**

**Condition: This Richard Mille timepiece is in overall beautiful mint condition showing no signs of wear throughout the case, sapphire crystal or strap. The piece is presentable and ready for user enjoyment.**

**Reference- RM07-01 RG CAO**
**Collection: RM07-01**
**Movement: Automatic**
**Caliber: CRMA2**
**Serial: 5908**

**Liquidation Value: $150,000**

*Sean Mclaren*

# JOHNSTON JEWELERS

**To Whom it May Concern:**                                   Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

**NAME:** Mark J Bernet, Receiver

**ADDRESS:**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**

### Patek Philippe Style No: 5990/1A-001
### Patek Philippe Nautilus Travel Time Chronograph Watch

40.5 mm stainless steel case, sapphire-crystal back, grey gradated dial with luminescent coated gold applied numerals, caliber CH 28-520 C FUS self-winding movement Nautilus Travel Time Chronograph (chronograph with 60-minute counter, dual time zone mechanism indicating local and home time, local and home day/night indication in apertures, local date by hand, sweep seconds chronograph hand), approximately 45-55 hours of power reserve, stainless steel bracelet, Nautilus fold-over buckle. Water resistant to 120 m. Movement #5998381/6119739, Band Ref A384FBC watch is complete set white tag, pusher, travel box, original box, 2016 dated papers.

**LIQUIDATION VALUE: $72,000.00**




The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822   Fax 727-392-3989



# JOHNSTON JEWELERS

To Whom it May Concern:                    Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of

NAME: MARK J BERNET, RECEIVER

ADDRESS:

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

### Rolex Style No: 116688
### Rolex Yellow Gold Yacht-Master II 44 Watch - White Dial

44mm 18K yellow gold case, 90 degree rotatable blue ceramic Ring Command bezel, white dial, blue hands, automatic movement with programmable countdown function, and Oysterlock 18kt bracelet. Band is 2 links short. Model:116688, Serial:0596A864. Box is aftermarket, no papers, books, or tags.

**LIQUIDATION VALUE:** $25,000.00



The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822  Fax  727-392-3989

# JOHNSTON
### JEWELERS

To Whom it May Concern:　　　　　　　　Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

**NAME:** MARK J BERNET, RECEIVER

**ADDRESS:**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

### Rolex Style No: 81318 gdd
## Rolex Yellow Gold Datejust Pearlmaster 34 Watch - 12 Diamond Bezel - Goldust Dream Mother-Of-Pearl Diamond Dial

34mm 18K yellow gold case, polished bezel set with 12 diamonds, Goldust Dream mother of pearl dial with raised gold roman numeral hourmarkers, date calendar at 3 o'clock position, the Gold dust Dream dials are created by a Rolex-patented process that combines mother of pearl and gold dust. Watch has 18kt Pearlmaster bracelet. Model:81318, Serial:3814T647, watch has full links, no box, books, or tags.

**LIQUIDATION VALUE:** $11,500.00



The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778　727-393-5822　Fax 727-392-3989

# JOHNSTON JEWELERS

To Whom it May Concern:                              Date: 11/10/2024

This is to certify that we are engaged in the jewelry business, Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions and have been engaged in said business for many years. We here with certify that we have this day examined the following listed and described articles the property of_

NAME: MARK J BERNET, RECEIVER

ADDRESS:

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making the Appraisal, we do NOT agree to purchase or replace the articles.

**DESCRIPTION:**.

### Ernst Benz Chronosport Limited Edition
### Ernst Benz Chronosport White Dial Chronosport Limited

47mm stainless steel case, 48 diamond bezel, Exhibition Back with Sapphire Glass. Automatical ETA2836-2 Incabloc, Glucydur Balance Nivarox Alloy Hairspring. Hour, Minutes, Sweep Seconds, Day and Date. Crystal is Sapphire with Anti Reflective Treatment. White Dial with white Sanskrit Numerals, handmade Alligator Strap. Model Ref:GC10200.RS.DLC.D Watch Number:31523, papers dated August 2015

**LIQUIDATION VALUE:** $750.00



The foregoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraiser giving.

Grant Johnston, Johnston Jewelers

10401 Seminole Blvd. Seminole, FL 33778   727-393-5822  Fax  727-392-3989