# Exhibit "C"



# Condition Report

**Appraisal ID:** 29372R2971
**Created:** 10/04/2024
**Updated:** 10/04/2024 05:27 PM

**Dealership**
Zen Motorsport



## 2024 ROLLS-ROYCE SPRECTRE
BASE SEDAN ELECTRIC

SCATK2C04RU223735 | 583 Miles |

 

## $381,750

⚠ All vehicles subject to verification before finalizing transactions

**Dealer Comments:** Vehicle Color combination impacting value by at least 10 percent versus comparable models.



| Odometer | $0 |
|---|---|
| Base Odometer 2,000 | |
| **583 Miles** | $0 |

| Options | $0 |
|---|---|
| No Value Impact Options | |

| Vehicle History | $0 |
|---|---|
| Not Selected: Bad VHR | |

| Original Owner | $0 |
|---|---|
| 1 Owner | $0 |

| Color | $0 |
|---|---|
| Exterior - Light Green | $0 |
| Interior - Other | $0 |

| Keys | $0 |
|---|---|
| 2 Keys | $0 |

| Service Status | $0 |
|---|---|
| Not Selected: As Traded, Flunked Shop, Service Records, Extended Warranty, Protection Package, Under Warranty | |



| Body Damage | $0 |
|---|---|
| No Damage | |

| Tire/Wheel | $0 |
|---|---|

| TREAD | FL | FR | RL | RR |
|---|---|---|---|---|
| 8/32 + | ○ | ○ | ○ | ○ | $0 |
| 4/32 - 7/32 | ○ | ○ | ○ | ○ | $0 |
| 0 - 3/32 | ○ | ○ | ○ | ○ | $0 |

WHEEL ISSUES

No Damage

Not Selected: curb rash, non-standard wheel, replace wheel, oxidized, mismatched, hubcap missing, replace tire

| Warning Lights | $0 |
|---|---|
| Not Selected: ABS, Battery, Brake, Engine, Airbag/SRS, Suspension Fault, TPMS, Traction, Driver Assistance Fault, Coolant, 4x4/Transfer Case, Hybrid Battery, Parking Sensor/ Warning Inop | |

| Interior Damage | $0 |
|---|---|
| No Damage | |



| Mechanical | $0 |
|---|---|
| Not Selected: Roof Inop, Steering, Suspension, Brakes, Engine, Exhaust, Electrical, Transmission, AC, Oil Leak, Head Gasket, Catalytic Converter, Timing Chain, Top End Noise, Turbo, Supercharger, Differential, Coolant Leak, 4x4/Transfer Case, Convertible Top Inop, Engine Miss/Skip, Hybrid Battery Bad, Electric Drive Motors, O2 Sensor, Clutch | |

| Aftermarket Modifications | $0 |
|---|---|
| Not Selected: Stereo, Performance, Wheel/Tire, Suspension Lowered, Sunroof/Moonroof, Aftermarket Tint, Exhaust, Spoiler | |

| Glass Damage | $0 |
|---|---|
| No Damage | |

| Disclosures | $0 |
|---|---|
| Not Selected: Previous Canadian, Smoke/Odor, Airbag Previously Deployed, Open Recalls, Previous Rental/Fleet, Previous Livery/Uber, Registered at auction in the past 45 days, Previously Arbitrated, Salvage, Lemon Laws, Water Damage, Fire Damage, Stolen/Recovered, Hail Damage, Airbag Currently Deployed, TMU, Light Rust, Medium Rust, Heavy Rust | |

| OBD Error Codes |
|---|
| No Issues Found |



# Condition Report

**Appraisal ID:** 29365P983 |
**Created:** 10/04/2024
**Updated:** 10/04/2024 11:05 AM

**Dealership**
Zen Motorsports

## 2022 ROLLS-ROYCE GHOST
### BASE SEDAN 6.6L 12 CYL TURBO
SCATV0C05NU212507 | 8,797 Miles |

## $209,175

⚠ All vehicles subject to verification before finalizing transactions

$209,175

### Pricing Breakdown

| | |
|---|---|
| Base: | $215,550 |
| Odometer: | -$1,300 |
| Options: | $0 |
| Deductions (Unable to Recon): | +$4,825 |
| Recon: | -$9,900 |

**Dealer Comments:** All four door sill plates shattered glass. Could fall under factory warranty / would need quote from dealer for replacement. Service due 11/2024 of 6,000 miles which is first.

---

**Odometer** — Base Odometer 6,000 — **-$1,300**
8,797 Miles — -$1,300

**Options** — **$0**
No Value Impact Options

**Vehicle History** — **$0**
Not Selected: Bad VHR

**Original Owner** — **+$300**
1 Owner — +$300

**Color** — **+$4,525**
Exterior - White — +$4,525
Interior - White — $0

**Keys** — **$0**
2 Keys — $0

**Service Status** — **$0**
Not Selected: Certified Used Car, As Traded, Flunked Shop, Service Records, Extended Warranty, Protection Package, Under Warranty

---

**Body Damage** — **-$4,325**
- Front Bumper scuff - paint — -$4,325



**Tire/Wheel** — **-$4,975**

| TREAD | FL | FR | RL | RR | |
|---|---|---|---|---|---|
| 8/32 + | ○ | ○ | ○ | ○ | $0 |
| 4/32 - 7/32 | ● | ● | ● | ● | -$2,800 |
| 0 - 3/32 | ○ | ○ | ○ | ○ | $0 |
| WHEEL ISSUES | | | | | |
| Curb Rash | ○ | ● | ○ | ○ | -$2,175 |

- Front Wheel right curb rash

Not Selected: non-standard wheel, replace wheel, oxidized, mismatched, hubcap missing, replace tire

**Warning Lights** — **$0**
Not Selected: ABS, Battery, Brake, Engine, Airbag/SRS, Suspension Fault, TPMS, Traction, Driver Assistance Fault, Coolant, 4x4/Transfer Case, Hybrid Battery, Parking Sensor/ Warning Inop

**Interior Damage** — **-$300**
- Front Seat Left stain — -$150
- Front Seat Right stain — -$150



---

**Mechanical** — **$0**
Not Selected: Roof Inop, Steering, Suspension, Brakes, Engine, Exhaust, Electrical, Transmission, AC, Oil Leak, Head Gasket, Catalytic Converter, Timing Chain, Top End Noise, Turbo, Supercharger, Differential, Coolant Leak, 4x4/Transfer Case, Convertible Top Inop, Engine Miss/Skip, Hybrid Battery Bad, Electric Drive Motors, O2 Sensor, Clutch

**Aftermarket Modifications** — **-$300**
- Aftermarket Tint — -$300

Not Selected: Stereo, Performance, Wheel/Tire, Suspension Lowered, Sunroof/Moonroof, Exhaust, Spoiler

**Glass Damage** — **$0**
No Damage

**Disclosures** — **$0**
Not Selected: Previous Canadian, Smoke/Odor, Airbag Previously Deployed, Open Recalls, Previous Rental/Fleet, Previous Livery/Uber, Registered at auction in the past 45 days, Previously Arbitrated, Salvage, Lemon Laws, Water Damage, Fire Damage, Stolen/Recovered, Hail Damage, Airbag Currently Deployed, TMU, Light Rust, Medium Rust, Heavy Rust

**OBD Error Codes**
No Issues Found



# Condition Report

**Appraisal ID:** 293625S06
**Created :** 10/04/2024
**Updated :** 10/04/2024 10:35 AM

**Dealership**
Zen Motorsports

## 2020 LAMBORGHINI URUS
BASE 4 DOOR SUV 4.0L V8 TWIN TURBO

ZPBUA1ZL8LLA09090 | 18,158 Miles |

# $147,400

⚠ All vehicles subject to verification before finalizing transactions

$147,400

### Vehicle Info

**Missing Options:** • W/O FULL ELEC, VENTED, MASSAGE FRONT SEATS • WITHOUT PANORAMIC ROOF • 22" WHEELS • 4 SEAT CONFIGURATION • NIGHT VISION • REAR SEAT ENTERTAINMENT • STYLE PKG(GLOSS BLACK EXT ACCENTS&TAIL PIPES)
**Common Problems:** • Check Engine Lights|Turbocharger Failure|Cutch Wear|Performance Modifications: Need Inspection

### Pricing Breakdown

| | |
|---|---|
| Base: | $166,850 |
| Odometer: | -$5,675 |
| Options: | +$8,750 |
| Deductions (Unable to Recon): | +$1,675 |
| Recon: | -$24,200 |

**Dealer Comments:** Vehicle is missing entire spare tire package including all tools. Service is showing as overdue and needed. Odometer verification required by Lamborghini Dealer prior to purchase.

---

**Odometer** — Base Odometer 12,000 — **-$5,675**
**18,158 Miles** — -$5,675

**Options** — **+$8,750**
- 23" WHEELS — +$2,500
- BANG & OLUFSON 3D AUDIO — +$1,000
- BICOLOR INT (LEATEHR OR ALCANTARA) — +$1,500
- CARBON CERAMIC BRAKES — +$750
- HEADS UP DISPLAY — +$750
- Q-CITURA W/ALCANTARA INTERIOR(DIAMOND STITCH) — +$1,500
- SURROUND VIEW CAMERA — +$750

Not Selected: W/O FULL ELEC, VENTED, MASSAGE FRONT SEATS, WITHOUT PANORAMIC ROOF, 22" WHEELS, 4 SEAT CONFIGURATION, NIGHT VISION, REAR SEAT ENTERTAINMENT, STYLE PKG(GLOSS BLACK EXT ACCENTS&TAIL PIPES)

**Vehicle History** — **$0**
Not Selected: Bad VHR

**Original Owner** — **$0**
2+ Owner(s) — $0

**Color** — **+$1,675**
- Exterior - Black — +$1,675
- Interior - Red — $0

**Keys** — **$0**
2 Keys — $0

---

**Service Status** — **$0**
Not Selected: Certified Used Car, As Traded, Flunked Shop, Service Records, Extended Warranty, Protection Package, Under Warranty

**Body Damage** — **-$13,400**
- Front Bumper scuff - paint — -$3,350
- Quarter Panel left scratch - paint — -$3,350
- Hood scratch - paint — -$3,350
- Rear Bumper scratch - paint — -$3,350



**Tire/Wheel** — **-$5,000**

| TREAD | FL | FR | RL | RR | |
|---|---|---|---|---|---|
| 8/32 + | ○ | ○ | ○ | ○ | $0 |
| 4/32 - 7/32 | ● | ○ | ● | ○ | -$1,650 |
| 0 - 3/32 | ○ | ○ | ○ | ○ | $0 |
| WHEEL ISSUES | | | | | |
| Curb Rash | ● | ○ | ● | ○ | -$3,350 |

- Front Wheel left curb rash
- Rear Wheel left curb rash

Not Selected: non-standard wheel, replace wheel, oxidized, mismatched, hubcap missing, replace tire

**Warning Lights** — **-$1,000**
- TPMS — -$1,000

Not Selected: ABS, Battery, Brake, Engine, Airbag/SRS, Suspension Fault, Traction, Driver Assistance Fault, Coolant, 4x4/Transfer Case, Hybrid Battery, Parking Sensor/ Warning Inop

---

**Interior Damage** — **-$4,500**
- Front Seat Left worn — -$2,525
- Center Console worn — -$1,675
- Rear Seat Left stain — -$150
- Rear Seat Right stain — -$150

**Mechanical** — **$0**
Not Selected: Roof Inop, Steering, Suspension, Brakes, Engine, Exhaust, Electrical, Transmission, AC, Oil Leak, Head Gasket, Catalytic Converter, Timing Chain, Top End Noise, Turbo, Supercharger, Differential, Coolant Leak, 4x4/Transfer Case, Convertible Top Inop, Engine Miss/Skip, Hybrid Battery Bad, Electric Drive Motors, O2 Sensor, Clutch

**Aftermarket Modifications** — **-$300**
- Aftermarket Tint — -$300

Not Selected: Stereo, Performance, Wheel/Tire, Suspension Lowered, Sunroof/Moonroof, Exhaust, Spoiler

**Glass Damage** — **$0**
No Damage

**Disclosures** — **$0**
Not Selected: Previous Canadian, Smoke/Odor, Airbag Previously Deployed, Open Recalls, Previous Rental/Fleet, Previous Livery/Uber, Registered at auction in the past 45 days, Previously Arbitrated, Salvage, Lemon Laws, Water Damage, Fire Damage, Stolen/Recovered, Hail Damage, Airbag Currently Deployed, TMU, Light Rust, Medium Rust, Heavy Rust