UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                        Case no. 8:24-cv-1459-JLB-AAS

LEGION MEDIA, LLC, et al.,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 125), recommending that the Receiver's Verified Second Application for Payment for Services Rendered and Costs Incurred (Doc. 124) be granted in part and denied in part. No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

    Accordingly, it is **ORDERED**:

    1. The Magistrate Judge's Order (Doc. 125) is **ADOPTED** and made a part of this Order for all purposes.

    2. Receiver's Verified Second Application for Payment for Services

Rendered and Costs Incurred (Doc. 124) is **GRANTED in part** and **DENIED in part**.

3. The Receiver is awarded **$145,333.00** in attorney's fees.

**ORDERED** in Tampa, Florida, on April 24, 2025.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE