UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                      Case No: 8:24-cv-1459-JLB-AAS

LEGION MEDIA, LLC, KP
COMMERCE, LLC, PINNACLE
PAYMENTS, LLC, SLOAN HEALTH
PRODUCTS, LLC, HARSHIL
TOPIWALA, KIRTAN PATEL and
MANINDRA GARG,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on August 26, 2025 (Doc. 146). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Receiver's motion for payment of services rendered, and reimbursement of expenses incurred during the Third Interim Fee Period (Doc. 141) be GRANTED in part and DENIED in part, and the Receiver be awarded payment of services rendered of $162,680.00 in fees, and authority to reimburse himself for expenses of $1,390.73. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and

upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 146) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Receiver's motion for payment of services rendered, and reimbursement of expenses incurred during the Third Interim Fee Period (Doc. 141) is **GRANTED in part and DENIED in part**.

(3) The Receiver is awarded payment of services rendered of $162,680.00 in fees, and authority to reimburse himself for expenses of $1,390.73.

**DONE AND ORDERED** at Tampa, Florida on October 6, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE