UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                        Case No:  8:24-cv-01459-JLB-AAS

LEGION MEDIA, LLC, KP COMMERCE, LLC, PINNACLE PAYMENTS, LLC, SLOAN HEALTH PRODUCTS, LLC, HARSHIL TOPIWALA, KIRTAN PATEL and MANINDRA GARG,

    Defendants.
_____/

## ORDER

On August 6, 2025, the Receiver, Mark J. Bernet, filed a First Application for Authority to Pay the Rehmann Group for Tax and Accounting Services (Doc. 140). The Application seeks $39,930.00 in fees for Rehmann to be deducted from a $50,000 retainer. (*Id.* at 2–3). The Receiver concludes that this will leave a remaining retainer balance of $10,700. (*Id.*). However, by the Court's calculations, $50,000 less $39,930 is $10,070. Accordingly, the Receiver is **DIRECTED** to file supplemental briefing on or before October 13, 2025, addressing this issue.

**ORDERED** in Tampa, Florida, on October 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE