UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,                    Case no. 8:24-cv-1459-JLB-AAS

vs.

LEGION MEDIA, LLC, et al.,

        Defendants.
_____/

**RECEIVER'S REQUEST FOR STATUS CONFERENCE**

      MARK J. BERNET, as receiver for Legion Media, LLC, et al., requests that the Court schedule a non-evidentiary status conference to discuss the following issues:

      1.    The status of the Receiver's efforts to sell the Receivership Entities Sloan Health Products LLC, F & B Cosmetics LLC, and H & M Distribution LLC.

      2.    The Receiver's pending motion to extend the receivership.

      The Receiver estimates that the status conference would require approximately one hour. The Receiver requests that he be permitted to appear in person, so that he can provide the Court with demonstrative materials. If convenient for the Court, the Receiver requests that the Court set the status conference for the week of December 8, 2025, or December 15, 2025.

The Receiver anticipates that, if the Court schedules the requested status conference, he will file supplemental materials in advance to provide more detail concerning the topics to be discussed.

*/s/ Mark J. Bernet*
Mark J. Bernet, Receiver
Florida Bar No. 606359
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
T: (813) 223-7333
F: (813) 223-2837
E-mail: mark.bernet@akerman.com
Secondary: caren.deruiter@akerman.com
Secondary: sal.papsidero@akerman.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by CM/ECF and via e-mail to Darren Lubetzky, Esquire, e-mail dlubetzky@ftc.gov, Vikram Jagadish, Esquire, e-mail vjagadish@ftc.gov, and via e-mail to Stephen R. Freeland, Esquire, sfreeland@grsm.com; Jim Felman, Esquire**,** e-mail JFelman@kmf-law.com**;** Michael Carey, Esquire, mcarey@careyomalley.com**;** Eric Forni, Esquire**,** e-mail Eric.forni@us.dlapiper.com**;** David Stier, Esquire**, e-mail** David.Stier@us.dlapiper.com and Eric S. Rosen, Esquire**,** e-mail erosen@dynamisllp.com, this 10th day of November, 2025.

*/s/ Mark J. Bernet*
Mark J. Bernet, Receiver

83906556;1