UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

      Plaintiff,

v.                                 Case No:   8:24-cv-01459-JLB-AAS

LEGION MEDIA, LLC, et al.,

      Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 166), recommending that the Receiver's Second Application for Authority to Pay the Rehmann Group for Tax and Accounting Services (Doc. 164) be **GRANTED**. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 166) is **ADOPTED** and made a part of this Order for all purposes.

2.  The Receiver's Second Application for Authority to Pay the Rehmann Group for Tax and Accounting Services (Doc. 164) is **GRANTED**.

3.  The Receiver is authorized to pay Rehmann $27,550.00 as professional fees rendered to the Legion Receivership Entities during the Second Interim Fee Period, less the remaining $10,070.00 from the retainers already paid. This leaves $17,480.00 to be paid.

4.  The Receiver is authorized to pay Rehmann $94,321.25 as professional fees rendered to the Sloan Receivership Entities during the Second Interim Fee Period.

**ORDERED** in Tampa, Florida, on April 28, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE