UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                      Case No:   8:24-cv-01459-JLB-AAS

LEGION MEDIA, LLC, et al.,

     Defendants.

_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 167), recommending that the Receiver's Verified Fourth Application for Payment for Services Rendered and Costs Incurred (Doc. 165) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 167) is **ADOPTED** and made a part of this Order for all purposes.

2.  The Receiver's Verified Fourth Application for Payment for Services Rendered and Costs Incurred (Doc. 165) is **GRANTED**.

3.  The Receiver is awarded payment of services rendered of $207,375.50 in fees, and authority to reimburse himself $1,225.90 for costs and expenses.

    **ORDERED** in Tampa, Florida, on April 28, 2026.

    JOHN L. BADALAMENTI
    UNITED STATES DISTRICT JUDGE