UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                          Case No:  8:24-cv-01459-JLB-AAS

LEGION MEDIA, LLC, et al.,

     Defendants.
_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 168), recommending that the Receiver's Verified First Application for Authority to Pay for Legal Services Rendered and Costs Incurred by Dickinson Wright PLLC (Doc. 163) be granted in part and denied in part.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 168) is **ADOPTED** and made a part of this Order for all purposes.

2. The Receiver's Verified First Application for Authority to Pay for Legal Services Rendered and Costs Incurred by Dickinson Wright PLLC (Doc. 163) is **GRANTED in part and DENIED in part**.

3. The Receiver is authorized to pay Dickinson Wright PLLC $122,913.00 in fees for services rendered in the First Interim Fee Period, less the $42,000 paid for the retainer.

4. The Receiver is authorized to reimburse Dickinson Wright PLLC $838.97 for costs incurred during the First Interim Fee Period.

5. The Receiver is authorized to pay $1,870.44 as a sales tax levied on legal services for lawsuits pending in Ontario, Canada.

**ORDERED** in Tampa, Florida, on May 6, 2026.


_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE