UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v. Case No: 8:24-cv-01459-JLB-AAS

LEGION MEDIA, LLC et al,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 173), recommending that the Receiver's Verified Fifth Application for Payment for Services Rendered and Costs Incurred (Doc. 172) be granted. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 173) is **ADOPTED** and made a part of this Order for all purposes.

2. The Receiver's Verified Fifth Application for Payment for Services Rendered and Costs Incurred (Doc. 172) is **GRANTED**.

3. The Receiver is awarded payment of services rendered of $341,835.50 in fees, and authority to reimburse himself $438.12 for costs and expenses.

**IT IS SO ORDERED** in Tampa, Florida, on October 21, 2026.

John L. Badalamenti

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE